IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
ALPINE DIVISION

| | | |
|---|---|---|
| **MINDY KEELING,** | § | |
| **INDIVIDUALLY AND AS** | § | |
| **REPRESENTATIVE OF THE** | § | |
| **ESTATE OF CORY KEELING** | § | |
| **AND AS NEXT FRIEND OF CORY** | § | |
| **KEELING'S MINOR CHILDREN,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-CV-26** |
| | § | |
| **MARK VII TRANSPORTATION,** | § | |
| **INC., LOI NGUYEN, AND VU** | § | |
| **NGUYEN,** | § | |
| *Defendants.* | § | |

## SUPPLEMENTAL CIVIL COVER SHEET

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   **Court:**

   15-03-20968-CVR; 143rd Judicial District Court, Reeves County, Texas

   **Style of Case:**

   *Mindy Keeling, Individually and as Representative of the Estate of Cory Keeling and as Next Friend of Cory Keeling's Minor Children*

2. Was jury demand made in State Court?  __X__ Yes  _____ No

   If yes, by which party and on what date?

   Plaintiffs; March 30, 2015

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiffs:

| | |
|---|---|
| Mindy Keeling, Individually and as Representative of the Estate of Cory Keeling and as Next Friend of Cory Keeling's Minor Children | Kyle C. Herbert<br>Shane A. McClelland<br>Simon Herbert & McClelland, LLP<br>3411 Richmond Avenue, Suite 400<br>Houston, TX  77046<br>713-987-7100 – Telephone<br>713-987-7120 – Facsimile |

Defendants:

| | |
|---|---|
| Mark VII Transportation, Inc.,<br>Loi Nguyen, and<br>Vu Nguyen | Mark J. Dyer<br>Alan P. Moore<br>MARTIN, DISIERE, JEFFERSON & WISDOM, LLP<br>Tollway Plaza I<br>16000 N. Dallas Parkway<br>Suite 800<br>Dallas, Texas 75248<br>214-420-5500 – Telephone<br>214-420-5501 – Facsimile<br>dyer@mdjwlaw.com<br>moore@mdjwlaw.com |

2. List all parties that have not been served at the time of the removal and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

| | |
|---|---|
| /s/ *Mark J. Dyer* | May 1, 2015 |
| Attorney for Removing Party | Date |

Mark VII Transporation, Inc., Loi Nguyen, and Vu Nguyen
Party/Parties