IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MINDY KEELING | § | |
| | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Civil No. PE-15-CA-26 |
| | § | |
| MARK VIII TRANSPORTATION, | § | |
| INC., LOI NGUYEN and VU | § | |
| NGUYEN | § | |
| | § | |
|     Defendants | | |

## ORDER OF REMAND TO STATE COURT

Plaintiff Mindy Keeling filed this civil action in the 143rd District Court of Reeves County, Texas. On May 1, 2015, Defendants Mark VIII Transportation, Inc., Loi Nguyen, and Vu Nguyen filed a notice of removal, asserting jurisdiction on the basis of diversity of citizenship and amount in controversy. On June 1, 2015, Plaintiff filed a motion to remand asserting a lack of complete diversity of citizenship among the parties (Doc. No. 7). Defendants now concede that there is a lack of complete diversity. Therefore, the Court finds that Plaintiff's motion to remand should be granted.

It is therefore ORDERED that the Plaintiff's motion to remand (Doc. No. 7) be, and it is hereby, GRANTED.

It is further ORDERED that this cause be, and it is hereby, REMANDED to the 143rd District Court of Reeves County, Texas.

The District Clerk is directed to transfer the file to the Clerk of the 143rd District Court of Reeves County, Texas.

SIGNED AND ENTERED this 26th day of June, 2015.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE